United States District Court
for the
District of Massachusetts

2022 JUN 24 PM 3:57

Nicole Johnson

v.

Goshen Mortgage LLC
As Separate Trustee
of GDBT I Trust 2011-1
Boston Housing Court
Eastern Division

Civil No:
Housing Court Eastern Division
No. 21H84CV000627

Notice of Removal from State Court

I Nicole Johnson hereby give notice to remove from State Housing Court Eastern Division 21H84CV000627 to the federal United States District Court. The plaintiff brings claims the Defendant

Goshen mortgage and it's agents failed to accept payment from federal and state agencies on behalf of the plaintiff Nicole Johnson and her family at the time of the foreclosure and recently refusing payment for the "so called" use and occupancy from a state agency and then filing an eviction case in the Housing court Eastern Division saying plaintiff did not make use and occupancy payments. Defendants violates the Fair Housing Act of 1968 by refusing payment.

Respectfully Submitted
Nicole Johnson    nhjohnson1230@gmail.com
18 Carmen Street #2
Dorchester, MA 02121    June 24, 2022.
(774) 360·3743