United States District Court
District of Massachusetts

2022 JUN 24 PM 4:37

Nicole Johnson

v.

Gosten Mortgage LLC
As Separate Trustee
of GDBT I Trust
 2011-1

Civil No: 22-11000
Housing Court No:
 21H84CV000627

Motions Pending in State Court

1) Motion to Dismiss

Respectfully Submitted,
Nicole Johnson
10 Carmen St. #2
Dorchester, MA 02121
(774) 360-3743
nkjohnson123@gmail.com